Opinion issued November 29, 2007




 

 




In The

Court of Appeals

For The

First District of Texas

___________


NO. 01-07-00565-CR

___________


ROBERT GARZA, JR., Appellant


V.


THE STATE OF TEXAS, Appellee







On Appeal from the 262nd District Court 

Harris County, Texas

Trial Court Cause No. 1120564






MEMORANDUM OPINION

 Counsel for appellant, Robert Garza, Jr., at the written request of appellant, has
filed a motion to dismiss the above-referenced appeal. The motion does not contain
both the signature of appellant and his attorney. See Tex. R. App. P. 42.2(a). 
However, appellant's counsel has attached to the motion appellant's written request
to withdraw the appeal. Given appellant's expressed desire to forego pursuit of his
appeal, we conclude that good cause exists to suspend the operation of Rule 42.2(a)
in this appeal in accordance with Rule 2. See Tex. R. App. P. 2. 

 We have not yet issued a decision. Accordingly, we grant the motion and 
dismiss the appeal. 

 We direct the clerk of this Court to issue the mandate. Tex. R. App. P. 18.1.

PER CURIAM

Panel consists of Justices Nuchia, Jennings, and Keyes.

Do not publish. Tex. R. App. P. 47.2(b).